ACCEPTED
01-14-00467-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/24/2015 11:09:41 AM
CHRISTOPHER PRINE
CLERK

Appellants' Demonstrative Exhibit 2

# The Agreements are a Single Transaction



FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/24/2015 11:09:41 AM

CHRISTOPHER A. PRINE
Clerk

**MEMBERSHIP TRANSFER AGREEMENTS:**

Lee P.A.
Lee ind.
Chauvin P.A.
Chauvin ind.
HPRA (Garcia, Pres.)

**EMPLOYMENT CONTRACTS:**

Lee ind.
Chauvin ind.
HPRA (Garcia, Pres.)

**Arbitration Clause**

AGREEMENTS INTEGRAL AND INTERRELATED FOR PURPOSE OF CONVERTING MEMBERS TO EMPLOYEES

MAY 1, 2013